# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1496
LT Case No. 2015-CF-009735-A

_____

MICHAEL EARL THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Michael Earl Thomas, Raiford, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.


January 6, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____